UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
                                             :

MARIO YOUNG,                          :              CASE NO. 1:06-CV-238
                                             :
                    Petitioner,        :
                                             :

vs.                                          :              ORDER AND OPINION
                                             :              [Resolving Doc. Nos. 1, 7]
UNITED STATES OF AMERICA,     :
                                           :
                    Respondent.      :
                                           :
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

       Before the Court is the Magistrate Judge's Report and Recommendation on Petitioner Mario

Young's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. Section 2255.

[Docs. 1, 7.]  The Petitioner filed his motion on January 31, 2006 after the Court sentenced him to

ninety months of incarceration, five years of supervised release, and a $100 special assessment.

[Case No. 1:04-CR-633, Docs. 24, 25.]  On February 3, 2006, the Court referred the Petitioner's

motion to Magistrate Judge George J. Limbert for a Report and Recommendation.  [Doc. 3.]  On

March 6, 2006, the Respondent filed a brief in opposition to the Petitioner's Section 2255 motion.

[Doc. 5.]  On April 10, 2006, the Petitioner filed a reply brief.  [Doc. 6.]

       After conducting a thorough analysis of the Petitioner's motion, on August 7, 2006,

Magistrate Judge Limbert recommended that the Court deny the Petitioner's request.  [Doc. 7.]  As

noted on the ECF Docket, the North Central Correctional Institution returned the Petitioner's copy

of the Report and Recommendation as "Not Deliverable As Addressed" and marked "EST 6/23/06."

Case No. 1:06-CV-238
Gwin, J.

[Doc. 8.] Subsequent inquiry by the Bureau of Prisons revealed that the Petitioner transferred to the Federal Correctional Institution in Gilmer, West Virginia. *Id.* The Clerk of Court then re-issued Magistrate Judge Limbert's Report and Recommendation on August 18, 2006 to "Mario Young, Fed. #54884-060, FCI Gilmer, P.O. Box 6000, Glenville, WV 26351." *Id.*

The Federal Magistrates Act requires a district court to conduct a de novo review only of those portions of the Report to which an objection has been made. *See* 28 U.S.C. § 636(b)(1).  As noted in Magistrate Judge Limbert's Report and Recommendation, any objections must be filed with the Clerk of Court within ten days of the report's issuance. [Doc. 7 at 17.] Parties waive their right to appeal the Magistrate Judge's Recommendation if they fail to object within the time allowed. *Id.* (citations omitted).

Here, more than ten days have elapsed from the re-issuance of Magistrate Judge Limbert's Report and Recommendation and neither party objects to his Recommendation.  Having conducted its own review of the parties' briefs on the issue, the Court agrees with the conclusions of Magistrate Judge Limbert and adopts the Report and Recommendation as its own.  Therefore, the Court incorporates Magistrate Judge Limbert's findings of fact and conclusions of law fully herein by reference.  Accordingly, the Court denies the Petitioner's Section 2255 motion.

Conclusion

For the reasons discussed above, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge and **DENIES** the Petitioner's motion to vacate, set aside, or correct his

-2-

Case No. 1:06-CV-238
Gwin, J.

sentence pursuant to 28 U.S.C. Section 2255.  [Docs. 1, 7.]

IT IS SO ORDERED.


Dated: September 11, 2006                    s/            *James S. Gwin*
                                             JAMES S. GWIN
                                             UNITED STATES DISTRICT JUDGE